UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
)
AVRAHAM KAHAN )
)
                 Plaintiff, )   Case No. 7:24-cv-03688-CS
)
) **NOTICE OF MOTION &**
   v. )   **MOTION TO VACATE**
) **DEFAULT JUDGMENT**
RAPHAEL STEIN )
)
                Defendant. )
)
-----------------------------------------------------------------x

*[Endorsement:]* Plaintiff shall respond no later than 11/27/24, and Defendant may reply no later than 12/11/24. No later than 11/13/24, Defendant shall send the Court a letter with his postal mail address and cellphone number. Defendant is also encouraged to consent to service of electronic notifications. The form is available on the Court's website. My chambers will email this endorsement to Defendant, but that is a one-time courtesy.

SO ORDERED.
*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.
11/6/24

PLEASE TAKE NOTICE that, upon the annexed Declaration of Defendant Raphael Stein., and the accompanying Memorandum of Law in Support of Defendants' Motion to Vacate the Default Judgment; Defendant Raphael Stein, hereby moves this Court, before the Honorable Judge Cathy Seibel, 300 Quarropas St, White Plains, NY 10601-4150 on such date and at such time as the Court may direct, for an Order: (1) vacating the default judgment entered in favor of Plaintiffs on September 19th, 2024 pursuant to Fed. R. Civ. P. 55(c) and Fed. R. Civ. P. 60(b); and (2) providing any other relief as this Court may deem appropriate.

                                                             Respectfully Submitted,

                                                             _____
                                                            RAPHAEL STEIN
                                                            raphilegal@gmail.com

Dated: October 31, 2024
New City, New York