UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
)
AVRAHAM KAHAN )
)
) Case No. 7:24-cv-03688-CS
Plaintiff, )
)
) (proposed)
v. ) **ORDER VACATING**
) **DEFAULT JUDGMENT**
RAPHAEL STEIN )
)
Defendant. )
)
---------------------------------------------------------------x

**WHEREAS**, the Complaint in the above-captioned matter was filed on May 13, 2024;

**WHEREAS**, a default judgment was entered against Defendant on September 19, 2024;

**WHEREAS**, Defendant thereafter moved to vacate the default judgment;

**AND WHEREAS**, the Court, having considered the motion, and for the reasons stated on the record during proceedings held on May 28, 2025;

**IT IS HEREBY ORDERED** that the default judgment entered in this matter on September 19, 2024, is VACATED in its entirety.

Dated: ___June 5,_____, 2025
White Plains, New York

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

The Honorable Judge Cathy Seibel, U.S. District Court