UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
Kahan,

                                    Plaintiff(s),

                                                                     **O R D E R**

                    -against –
                                                                     7:24-CV-03688 (CS)


Stein,

                                    Defendant(s).
----------------------------------------------------------X

Seibel, J.

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, Plaintiff may apply by letter within the thirty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.


     **SO ORDERED**.

Dated: September 26, 2025

     White Plains, New York



_____

CATHY SEIBEL, U.S.D.J.