UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AVRAHAM KAHAN<br><br>            Plaintiff,<br><br>V.<br><br>RAPHAEL STEIN,<br><br>            Defendant. | CIVIL ACTION<br><br>No. 7:24-cv-03688-CS |

**SETTLEMENT AND FINAL JUDGMENT ON CONSENT**

The parties having settled their dispute in the above action, the parties hereby stipulate and agree, and the Court hereby orders, the following settlement terms:

1. Judgment is entered in favor of Plaintiff Avraham Kahan declaring that Avraham Kahan is the lawful owner of the internet domain name *avikahan.com*.

2. Defendant Raphael Stein shall not register or use any internet domain name that includes the name "Avi Kahan," "Avraham Kahan," or any other version of Plaintiff's name.

3. Each party shall bear its own costs and attorney's fees incurred to date.

4. Each of the parties grants the other a full and complete release of any and all claims to the date of this Settlement and Final Judgment, including all claims or counterclaims asserted in the action, and whether such claims are known or unknown, other than the terms herein.

5. There are no further terms of this Settlement and Final Judgment.

6. This Settlement and Final Judgment on Consent supersedes all prior understandings and agreements between the parties, and all prior orders of the Court.

ECF No. 75 is vacated.  The case shall remain closed.

IT IS SO ORDERED:

Dated:  SeptemberXXXX2025
         October 1, 2025                            _____
         White Plains, New York                     Hon. Cathy Seibel, United States District Judge

IT IS SO STIPULATED AND AGREED:

AVRAHAM KAHAN                                    RAPHAEL STEIN

_/s/ Avraham Kahan_____                          _/s/ R. Stein_____

Approved as to form:

KOFFSKY SCHWALB LLC

By:/s/ Efrem Schwalb_____
Efrem Schwalb
Tal S. Benschar
500 Seventh Avenue, 8th Floor
New York, New York  10018
(646) 553-1590
*Attorneys for Plaintiff*